# EXHIBIT A

**JUDGE CARTER**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 13 CV 4212

___ADRIAN BARLLIE SMITH___

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

___HOWARD LUTNICK + ALLISON LUTNICK___
___11 EAST 71st STREET___
___NEW YORK___
___NY · 10021___

Jury Trial: ☑ Yes ☐ No
*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

FILED
U.S. DISTRICT COURT
S.D. OF N.Y.
13 JUN 18 PM 2:35

**I.   Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name         ___ADRIAN BARLLIE SMITH___
            Street Address ___325 W 45th St APT #1020___
            County, City  ___NEW YORK___
            State & Zip Code ___NY · 10036·___
            Telephone Number ___(212) 582-4620___

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name         ___HOWARD LUTNICK___
                 Street Address ___11 EAST 71st STREET___

|  | County, City | NEW YORK. NY. |
|---|---|---|
|  | State & Zip Code | NY. 10021 |
|  | Telephone Number |  |

| Defendant No. 2 | Name | ALLISON LATNICK |
|---|---|---|
|  | Street Address | 11 EAST 71st ST. |
|  | County, City | NEW YORK |
|  | State & Zip Code | NY 10021 |
|  | Telephone Number |  |

| Defendant No. 3 | Name | ANDY WELLER |
|---|---|---|
|  | Street Address | 11 EAST 71st ST |
|  | County, City | NEW YORK |
|  | State & Zip Code | NY 10021 |
|  | Telephone Number |  |

| Defendant No. 4 | Name |  |
|---|---|---|
|  | Street Address |  |
|  | County, City |  |
|  | State & Zip Code |  |
|  | Telephone Number |  |

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions   ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __1964 CIVIL RIGHTS ACT BROKEN. EMPLOYMENT DISCRIMINATION. AGE DISCRIMINATION ALSO ASKING FOR AIDS TESTING WHICH IS ILLEGAL *__

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __UK CITIZEN - GREEN CARD HOLDER__
Defendant(s) state(s) of citizenship __US CITIZEN__

## III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **11 EAST 71ST STREET NEW YORK, NY 10021**

B. What date and approximate time did the events giving rise to your claim(s) occur? **AIDS DISCRIMINATION & AGE DISCRIMINATION IN 2011-2012**

C. Facts:

*What happened to you?*
*Who did what?*
*Was anyone else involved?*
*Who else saw what happened?*

**※ SEE SEPERATE SHEET ※**

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

**※ ONLY FINANCIAL INJURIES**

**THEY BROKE THE 1964 CIVIL RIGHTS ACT OF 1964, EMPLOYMENT AGE DISCRIMINATION**

**※ ALSO ASKING CANDIDATES TO HAVE AIDS TESTING IS A FEDERAL CRIME WRITTEN INTO LAW BY BILL CLINTON**

Rev. 05/2010

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I LEAVE THE AMMOUNT UP TO THE JURY AND THEIR DECISION. I AM NOT SEEKING MONIES OVER $100,000

HOWEVER I DID LOSE MONIES, CALLED A LIAR, MADE FUN OF, AND BASICALLY TREATED LIKE GARBAGE.
MY OPINION LUTNICK IS A SCOUNDREL

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of JUNE, 20 13

Signature of Plaintiff [signature]

Mailing Address 325 W 45th ST
#1020
NY NY 10036

Telephone Number (212) 582-4620

Fax Number (if you have one) _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

### For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Adrian Barrie Smith
325 West 45th St,
Apt # 1020
New York, NY. 10036.
June 18th 2013.

Judge in Federal Court
Pearl St
NYC

Dear Federal Judge,

I am writing to you regarding 2 Federal abuses by Howard Lutnick, at 11 East 71st St, NYC, and at his Company Cantor Fitzgerald, 499 Park Av, NYC.

I am a Consultant who helps to find families Butlers and Housekeepers. I was asked to find a Butler for the Townhouse of Mr & Mrs Lutnick, which is an 8000 sq ft Townhouse, just off 5th Avenue, 11 East 71st St, NYC. The first interviews were held at Cantor Fitzgerald, as Mr Lutnick is the CEO of Cantor Fitzgerald, and in my opinion, abuses his position by using staff at Cantor to do work for his home, and to conduct interviews at Cantor when this is an abuse of Company manpower. My opinion.

However at the interviews 6 Butlers were interviewed, and the FIRST question by the Manager of Howard Lutnick, who is also his private Chef, a gentleman named Andy Weller, was "How old are you" He would then write down the age, circle it, and move on to questions like "Are you Married".......etc, etc. Totally illegal and breaking the 1964 Civil Rights Act. JFK wrote it into law. Cantor is also libel, as well as Lutnick, as the initial interviews were at Cantor Headquarters.

Anyway after the interviews, Andy Weller told me that any Butler to be hired MUST BE TESTED FOR THE AIDS VIRUS.......Why I asked.......Answer : Because Mrs Lutnick did not want her children to be infected by any gay Butlers !!!!! Federal Crime number 2 ! Bill Clinton wrote it into law.

When I asked Mr Weller how the 6 Butlers were he exclaimed "Too old.......all over 50, and let's be honest if you are over 50 you should just put a gun to your head and blow your fucking brains out" Word for word........Honest !

When I told him he was out of his mind to say such things, he said "It's not me, it's Howard Lutnick and Allison Lutnick. They tell me what to do, and what to say" Word for word !

He also said that all the rich were testing for Aids because of all those immigrants coming in !!!!!

I called to speak to Howard Lutnick, and his Personal Assistant Matthew Gilbert insisted that I be calm, and patient, as Mr Lutnick was with President Obama, for the

911 Memorial unveiling, and that he would personally call me.

Well surprise, surprise.......it never happened. Lutnick's lawyer Jennifer Bindel thinks it's all a joke, yet if she was asked to have an Aids test, or refused a job based on age, then perhaps she may not be so amused ! The NYTimes refuse to print the truth. Andrew Ross Sorkin particulary, and editor Jill Abramson. They think it is trivial. I call it a cover up to protect Howard Lutnick and Cantor Fitzgerald.

It is illegal. A Federal crime......2 Federal crimes.......and a total disgrace to hard working Domestic Workers. I am 52 years of age, and why should I commit suicide because I am 52 !

I have email proof of everything I have typed, from the Butlers who went to the interviews.

Recently the Annenberg Heiress was sued because she too demanded Aids testing.

Sad that top NYC lawyers and so-called professional journalists like Andrew Ross Sorkin, think that it's all just so unimprotant.......UNLESS it happens to them, or their family, then suddenly it would matter.

My opinion. Howard Lutnick is a criminal, and hides behind his Manager, but he drives the train.

Regards,
Adrian Barrie Smith
Domestic Consultant NYC  (212) 582 4620

JS 44C/SDNY
REV. 5/2010

**JUDGE CARTER**    CIVIL COVER SHEET    13 CV 4212

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
ADRIAN BARRIE SMITH

**DEFENDANTS**
HOWARD LUTNICK
ALLISON LUTNICK

**ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
(Pro-se-)

**ATTORNEYS** (IF KNOWN)

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
BREAKING OF THE 1964 CIVIL RIGHTS ACT. EMPLOYMENT DISCRIMINATION AIDS TESTING.

Has this or a similar case been previously filed in SDNY at any time? No? ☐ Yes? ☐   Judge Previously Assigned ____

If yes, was this case Vol.☐ Invol. ☐ Dismissed. No☐ Yes ☐  If yes, give date ____ & Case No. ____

(PLACE AN [x] IN ONE BOX ONLY)                 **NATURE OF SUIT**

ACTIONS UNDER STATUTES

[civil cover sheet nature of suit checkboxes]

**Check if demanded in complaint:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $____ OTHER ____ JUDGE ____ DOCKET NUMBER ____

Check YES only if demanded in complaint
JURY DEMAND: ☑ YES ☐ NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

| (PLACE AN x IN ONE BOX ONLY) | | | | ORIGIN | | | |
|---|---|---|---|---|---|---|---|
| [x] 1 Original Proceeding | [ ] 2a. Removed from State Court  [ ] 2b. Removed from State Court AND at least one party is pro se. | [ ] 3 Remanded from Appellate Court | [ ] 4 Reinstated or Reopened | [ ] 5 Transferred from (Specify District) | [ ] 6 Multidistrict Litigation | [ ] 7 Appeal to District Judge from Magistrate Judge Judgment | |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1322, 1441) |
|---|---|---|
| [ ] 1 U.S. PLAINTIFF  [ ] 2 U.S. DEFENDANT | [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)  [ ] 4 DIVERSITY | |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

MANHATTAN / NYC

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO: [ ] WHITE PLAINS [x] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE JUN 18 2013  SIGNATURE OF ATTORNEY OF RECORD  S. Coretto  PRO SE OFFICE
RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____ )
Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN) GORENSTEIN