# EXHIBIT B

CIVIL COURT OF THE CITY OF NEW YORK
County of New York,
Small Claims Part 45
111 Centre Street
New York, New York, 10013-4310



Index No: 3002. SCNY 2011 1
September 23, 2011 (9:22am)

To all named Defendants:

HOWARD LUTNIK
11 E. 71ST STREET
NEW YORK CITY, NY, 10021-

3002. SCNY 2011 1 05-Jan-2012

TAKE NOTICE that ADRIAN B SMITH, , 325 W. 45TH STREET APT 1020, NEW YORK CITY, NY 10036-; 212-582-4620 asks judgment in this Court against you for $5000.00 together with costs upon the following claim(s): ACTION TO RECOVER MONIES ARISING OUT OF A BREACH OF CONTRACT Additional detail (if any):

There will be a Hearing before the Court on this claim on: 05-Jan-2012 at 6:10 PM in the Small Claims Part 45, Room 353 at the New York County Civil Court located at : 111 Centre Street, New York, New York, 10013-4310

You MUST appear and present your defense and any counterclaim you may desire to assert at the Hearing at the time and place above set forth (a corporation must be represented by an attorney or any authorized officer, director or employee). IF YOU DO NOT APPEAR IN PERSON OR BY AN ATTORNEY, JUDGMENT WILL BE ENTERED AGAINST YOU BY DEFAULT EVEN THOUGH YOU MAY HAVE A VALID DEFENSE. If your defense or counterclaim, if any, is supported by witnesses, account books, receipts or other documents, you must produce them at the Hearing. The Clerk, if requested, will issue subpoenas for witnesses, without charge. However, there may be a fee to serve the subpoena.

NOTE: If you desire a jury trial, you must, before the day upon which you have been notified to appear, file with the Clerk of the Court a written demand for a trial by jury. You must also pay to the Clerk a jury fee of $70 and file an undertaking in the sum of $50 or deposit such sum in cash to secure the payment of any costs that may be awarded against you. You will also be required to make an affidavit specifying the issues of fact which you desire to have tried by a jury and stating that such trial *is* desired and demanded in good faith. Under the law, the Court may award up to $25, as additional costs to the Claimant if a jury trial *is* demanded by you and a decision is rendered against you.

If you wish to present a counterclaim against the Claimant, you must do so by filing with the Clerk of the Court a statement containing such counterclaim within five days of receiving this Notice of Claim. At the time of such filing you must pay the Clerk a filing fee of $5 plus the cost of postage to send your counterclaim by first class mail to the Claimant. If you fail to file a counterclaim within this five-day period, you retain the right to file the counterclaim until the time of the Hearing, but the Claimant may request and obtain an adjournment of the Hearing to a later date.

If you admit the claim, but desire time to pay, you must appear personally on the day set for the Hearing and state to the Court your reasons for desiring time to pay.

Please read the additional information on the back of this notice.

Dated: September 23, 2011

Carol Alt, Chief Clerk

REQUEST FOR ADJOURNMENT:
Proceedings are normally scheduled in the evening unless special circumstances warrant that the clerk schedule the case for a daytime hearing. If the hearing is scheduled for the evening and this time would cause an unreasonable hardship for you, you or your representative should appear at the scheduled time and request that the action be re-scheduled for a daytime hearing. Only a judge can grant an adjournment. The clerk cannot grant any change in the scheduled date or time.

If this action is a commercial claim and is scheduled for a hearing during daytime hours, you may within fourteen (14) days of receipt of this Notice of Claim, contact the clerk to request a change of the hearing to the evening calendar.

CIV-SC 55 (Rev. 8-11)

## NOTICE OF CLAIM AND SUMMONS TO APPEAR

This is the start of a lawsuit. It should not be ignored. Your default may have serious consequences.