# EXHIBIT K

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER: 260176

THE PEOPLE OF THE STATE OF NEW YORK
VS

SMITH, ADRIAN
Defendant

02/26/1961
Date of Birth

325 WEST 45 ST
Address

2360954P
NYSID Number

MANHATTAN    NY
City    State    Zip

03/21/2011
Date of Arrest/Issue

Docket Number: 2011NY023116

Summons No:

240.30 240.30 240.30 120.45 120.45
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|---|---|---|---|
| 12/22/2011 | PLED GUILTY/REVIEW&SENTENCE PG 240.30 | BURKE,J | JURY5 |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY    _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

FANELLI,R
COURT OFFICIAL SIGNATURE AND SEAL

01/03/2012
DATE    FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)