# EXHIBIT L

CRIMINAL COURT OF THE CITY OF NEW YORK  
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION  
NUMBER: 86867

THE PEOPLE OF THE STATE OF NEW YORK  
VS

SMITH, ADRIAN  
Defendant

02/26/1961  
Date of Birth

325 WEST 45 STREET  
Address

2360954P  
NYSID Number

NEW YORK        NY   10036  
City            State  Zip

10/14/2010  
Date of Arrest/Issue

Docket Number: 2010NY076014

Summons No:

240.30 120.45 120.45 120.45 240.30 240.30 240.25  
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|---|---|---|---|
| 12/06/2011 | FOUND GUILTY<br>TFG 120.45<br>TFG 240.30 (2)<br>TFG 240.30 (7)<br>TFG 240.30 (8)<br>TFG 240.30 (9)<br>TFG 240.30 (10)<br>TFG 240.30 (11)<br>TFG 240.30 (12)<br>TFG 240.30 (13)<br>TFG 240.30<br>PRE-SENT INVESTIG | BURKE, J | JURY5 |
| 03/01/2012 | SENTENCE IMPOSED<br>ORDER OF PROTECTION=5Y<br>PROBATION=3Y | BURKE, J | JURY5 |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

FANELLI, R  
COURT OFFICIAL SIGNATURE AND SEAL

02/26/2013  
DATE        FEE: 10.00

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)